# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION DIVISION

| In Re:<br>PLASTCO INCORPORATED<br><br><br>**Debtor(s)** | **Case No.** 00-58434<br>**Chapter** 07 Asset Case<br>**Judge** Thomas J. Tucker<br><br>**Trustee** MICHAEL A. STEVENSON |
|---|---|

## ANNUAL TRUSTEE'S REPORT

1. For the period ending 03/31/06.

2. Date of section 341(a) meeting: 04/27/01
   Date appointment accepted: 01/09/01

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   | | | | |
   |---|---|---|---|
   | Total receipts | 324,171.14 | Checking | 0.00 |
   | Total disbursements | 251,736.38 | Money Market | 72,434.76 |
   | | | Investment | 0.00 |
   | | | **Total** | **$72,434.76** |

   The amount of the Trustee's bond is: Blanket Bond $2,000,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated: **$0.00**
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained: **(None)**

5. Projected total value to be realized (total of 3 + 4): **$72,434.76**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Matters Pending, Date of Hearing or Sale, and Other Action:
   The Trustee has liquidated all assets of the estate, and upon resolving claims,
   he will file his final report.

7. Projected date of final report: 12/31/06

   Trustee's Signature: /s/ MICHAEL A. STEVENSON

   MICHAEL A. STEVENSON
   29200 Southfield Rd.
   Suite 210
   Southfield, MI 48076
   Date: 04/26/06    (248) 423-8200

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 00-58434 TJT  
Case Name: PLASTCO INCORPORATED  

Period Ending: 03/31/06

Trustee: (420200) MICHAEL A. STEVENSON  
Filed (f) or Converted (c): 12/05/00 (f)  
§341(a) Meeting Date: 04/27/01  
Claims Bar Date: 07/13/01

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account 1850882422 | 17.89 | 0.00 | | 0.00 | FA |
| 2 | Checking Account 185112067 | 571.12 | 0.00 | | 0.00 | FA |
| 3 | Prepaid Corp MI SBT | 16,408.00 | 1.00 | | 0.00 | FA |
| 4 | Refundable Federal Income Tax | 43,500.00 | 1.00 | | 0.00 | FA |
| 5 | SBC Pulic Communications | 0.00 | 7.19 | | 7.19 | FA |
| 6 | Refund from Tremco Account | 0.00 | 801.80 | | 801.80 | FA |
| 7 | Turnover of Retainer from Marty Fried (u) | 1,903.29 | 1,903.29 | | 1,903.29 | FA |
| 8 | Refund from Gas Company | 0.00 | 10.39 | | 10.39 | FA |
| 9 | Marshall E. Campbell Co. Preference | 0.00 | 1,825.68 | | 1,825.68 | FA |
| 10 | Preferences (u) | 0.00 | 150,000.00 | | 283,724.14 | FA |
| 11 | Bruce Township/Preference/Post-Petition Transfer (u) | 34,843.43 | 34,843.43 | | 34,843.43 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1,009.22 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | $97,243.73 | $189,393.78 | | $324,125.14 | $0.00 |

Major Activities Affecting Case Closing:

The Trustee has liquidated all assets of the estate, and upon resolving claims, he will file his final report.

Initial Projected Date Of Final Report (TFR): May 30, 2003    Current Projected Date Of Final Report (TFR): December 31, 2006

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

Case Number: 00-58434 TJT  
Case Name: PLASTCO INCORPORATED  

Taxpayer ID #: 38-2931543  
Period Ending: 03/31/06  

Trustee: MICHAEL A. STEVENSON (420200)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: \*\*\*-\*\*\*\*\*28-65 - Money Market Account  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/09/01 | {5} | Ameritech Payphone Service | Compensation Check from SBC Public Communications | 1121-000 | 7.19 | | 7.19 |
| 05/22/01 | {6} | Tremco | Refund on account with Tremco | 1121-000 | 801.80 | | 808.99 |
| 05/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.6000% | 1270-000 | 0.29 | | 809.28 |
| 06/11/01 | {7} | Goldstein, Bershad, Fried & Lieberman, P.C. | Turnover of retainer balance | 1229-000 | 1,903.29 | | 2,712.57 |
| 06/29/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 2.43 | | 2,715.00 |
| 07/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 3.46 | | 2,718.46 |
| 08/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.5000% | 1270-000 | 3.47 | | 2,721.93 |
| 09/17/01 | {8} | SemcoEnergy | Return of funds from gas company | 1121-000 | 5.21 | | 2,727.14 |
| 09/17/01 | {8} | SemcoEnergy | Refund from gas company | 1121-000 | 5.18 | | 2,732.32 |
| 09/28/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.3000% | 1270-000 | 3.17 | | 2,735.49 |
| 10/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.1500% | 1270-000 | 2.76 | | 2,738.25 |
| 11/30/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.0500% | 1270-000 | 2.42 | | 2,740.67 |
| 12/31/01 | Int | THE CHASE MANHATTAN BANK | Interest posting at 1.0500% | 1270-000 | 2.45 | | 2,743.12 |
| 01/31/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.9500% | 1270-000 | 2.32 | | 2,745.44 |
| 02/28/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 1.88 | | 2,747.32 |
| 03/29/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 1.98 | | 2,749.30 |
| 04/02/02 | | To Account #\*\*\*\*\*\*\*\*2866 | Transfer from MMA to DDA | 9999-000 | | 46.00 | 2,703.30 |
| 04/29/02 | {9} | Marshall E. Campbell | Full amount paid on preference | 1141-000 | 1,825.68 | | 4,528.98 |
| 04/30/02 | Int | THE CHASE MANHATTAN BANK | Interest posting at 0.8500% | 1270-000 | 1.89 | | 4,530.87 |
| 05/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 3.12 | | 4,533.99 |
| 06/28/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 2.98 | | 4,536.97 |
| 07/30/02 | {10} | I.D. Enterprises, LLC | Full Settlement of preference (Adv. Proc. 02-4961) per Complaint filed 07/05/02 | 1241-000 | 2,948.22 | | 7,485.19 |
| 07/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.8000% | 1270-000 | 3.08 | | 7,488.27 |
| 08/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 4.77 | | 7,493.04 |
| 09/04/02 | {10} | Lawrence F. Sklar | Full Settlement of preference (Adv. Proc. 02-4946) per Complaint filed 07/05/02 | 1241-000 | 1,308.40 | | 8,801.44 |
| 09/04/02 | {10} | Chem Line, Inc. | Full Settlement of preference (Adv. Proc. 02-4946) per Complaint filed 07/05/02 | 1241-000 | 2,616.81 | | 11,418.25 |
| 09/16/02 | | To Account #\*\*\*\*\*\*\*\*2866 | Transfer from MMA to DDA | 9999-000 | | 46.00 | 11,372.25 |
| 09/30/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 6.62 | | 11,378.87 |
| 10/16/02 | {10} | Nextel | Settlement of Adversary Proceeding 02-4950 p/o dated September 5, 2002 | 1241-000 | 4,500.00 | | 15,878.87 |
| 10/21/02 | {10} | Tremco | Full settlement for Adv. Proc. 02-4963 p/o dated September 5, 2002 | 1241-000 | 2,500.00 | | 18,378.87 |
| 10/21/02 | {10} | Berkley Industries, Inc. | Settlement of Adversary Proceeding 02-4952 | 1241-000 | 13,581.96 | | 31,960.83 |

Subtotals : $32,052.83 $92.00

{} Asset reference(s) Printed 04/26/2006 09:50 AM V.8.02

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 00-58434 TJT  
Case Name: PLASTCO INCORPORATED

Taxpayer ID #: 38-2931543  
Period Ending: 03/31/06

Trustee: MICHAEL A. STEVENSON (420200)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****28-65 - Money Market Account  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | p/o dated September 5, 2002 | | | | |
| 10/30/02 | {10} | Argent | Settlement p/o dated September 5, 2002 | 1241-000 | 11,000.00 | | 42,960.83 |
| 10/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.7500% | 1270-000 | 11.52 | | 42,972.35 |
| 11/20/02 | {10} | Unique Fabricating, Inc. | Settlement of Adv. Proc. 02-4947 p/o dated September 5, 2002 | 1241-000 | 3,700.00 | | 46,672.35 |
| 11/20/02 | {10} | Applied Plastic Products | 1st Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 5,000.00 | | 51,672.35 |
| 11/29/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 18.75 | | 51,691.10 |
| 12/03/02 | {10} | American Express Settlement Fund C | Settlement from American Express (settlement is full demand amount) | 1241-000 | 14,000.00 | | 65,691.10 |
| 12/03/02 | | To Account #********2866 | Transfer from MMA to DDA | 9999-000 | | 537.98 | 65,153.12 |
| 12/05/02 | | To Account #********2866 | Transfer from MMA to DDA | 9999-000 | | 46.00 | 65,107.12 |
| 12/31/02 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 23.14 | | 65,130.26 |
| 01/06/03 | | To Account #********2866 | TRANSFER FROM MMA TO CHECKING | 9999-000 | | 103.71 | 65,026.55 |
| 01/16/03 | {10} | Applied Plastic Products, LLC | Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 65,276.55 |
| 01/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 23.79 | | 65,300.34 |
| 02/04/03 | {10} | James F. Conley | Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 750.00 | | 66,050.34 |
| 02/20/03 | | United States Treasury | Refund for Request for tax information for 1998 and 1999 taxes Form 4506; Check #104; FEIN# 38-2931543 | 1290-000 | 46.00 | | 66,096.34 |
| 02/26/03 | | To Account #********2866 | TRANSFER FROM MMA TO CHECKING | 9999-000 | | 46.00 | 66,050.34 |
| 02/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4300% | 1270-000 | 21.75 | | 66,072.09 |
| 03/04/03 | {10} | REI | Satisfaction of Judgment against Romeo Expeditors, Inc. per order dated 9/5/02 | 1241-000 | 6,812.81 | | 72,884.90 |
| 03/05/03 | {10} | Applied Plastic Products, LLC | Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 73,134.90 |
| 03/12/03 | | To Account #********2866 | TRANSFER FROM MMA TO CHECKING | 9999-000 | | 40,000.00 | 33,134.90 |
| 03/14/03 | {10} | Applied Plastic Products, LLC | Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 33,384.90 |
| 03/19/03 | {10} | Comerica Bank | Satisfaction of Judgment against Gilco, Inc. per order dated 9/5/02 | 1241-000 | 10,108.52 | | 43,493.42 |
| 03/19/03 | {10} | Comerica Bank | Settlement of Judgment against Mold Specialties per order dated 9/5/02 | 1241-000 | 16,822.00 | | 60,315.42 |
| 03/24/03 | {10} | Fifth Third Bank | Satisfaction of Judgement against Uniform Color Company per order dated 9/5/02 | 1241-000 | 9,769.05 | | 70,084.47 |
| 03/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 20.28 | | 70,104.75 |

Subtotals: $78,877.61    $40,733.69

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

Case Number: 00-58434 TJT  
Case Name: PLASTCO INCORPORATED  

Taxpayer ID #: 38-2931543  
Period Ending: 03/31/06  

Trustee: MICHAEL A. STEVENSON (420200)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****28-65 - Money Market Account  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/03 | {10} | Applied Plastic Products, LLC | Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 70,354.75 |
| 04/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 23.11 | | 70,377.86 |
| 05/12/03 | {10} | South Park | Settlement payment of Adv. Proc. 02-4959 p/o dated September 5, 2002 | 1241-000 | 3,900.00 | | 74,277.86 |
| 05/12/03 | {10} | MSEN, Inc. | Settlement payment of Adv. Proc. 02-4955 p/o dated September 5, 2002 | 1241-000 | 1,700.00 | | 75,977.86 |
| 05/22/03 | {10} | Applied Plastic Products, LLC | Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 76,227.86 |
| 05/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.4000% | 1270-000 | 25.02 | | 76,252.88 |
| 06/12/03 | {10} | Emhart Teknologies, Inc. | Settlement payment of Adv. Proc. 02-5460 p/o dated September 5, 2002 | 1241-000 | 3,665.00 | | 79,917.88 |
| 06/23/03 | {10} | Probend LLC | Settlement payment of Adv. Proc. 02-4948 p/o dated September 5, 2002 | 1241-000 | 10,768.14 | | 90,686.02 |
| 06/30/03 | {10} | Howard & Howard Attorneys, P.C. | Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 90,936.02 |
| 06/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 22.09 | | 90,958.11 |
| 07/01/03 | | To Account #********2866 | TRANSFER FROM MMA TO CHECKING | 9999-000 | | 20,000.00 | 70,958.11 |
| 07/14/03 | {10} | Applied Plastic Products, LLC | Settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 71,208.11 |
| 07/14/03 | {11} | Township of Bruce | Full payment of Adversary Proceeding no. 02-5465 (no order required since settlement was full amount) | 1241-000 | 34,843.43 | | 106,051.54 |
| 07/14/03 | {10} | Troy Tube | Settlement payment of Adv. Proc. 02-5155 p/o dated September 5, 2002 | 1241-000 | 12,122.40 | | 118,173.94 |
| 07/31/03 | {10} | Fifth Third Bank | Settlement payment of Adversary proceeding no. 02-5151 per order dated 7/18/03 | 1241-000 | 7,500.00 | | 125,673.94 |
| 07/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 24.45 | | 125,698.39 |
| 08/13/03 | | To Account #********2866 | TRANSFER FROM MMA TO CHECKING | 9999-000 | | 15,000.00 | 110,698.39 |
| 08/21/03 | | To Account #********2866 | Transfer from MMA to DDA | 9999-000 | | 6,288.98 | 104,409.41 |
| 08/22/03 | {10} | Ultraform Industries, Inc. | Settlement of Adversary Proc. 02-4965 p/o dated September 5, 2002 | 1241-000 | 2,000.00 | | 106,409.41 |
| 08/22/03 | {10} | Applied Plastic Products, LLC | Settlement payment on Adv. Proc. No. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 106,659.41 |
| 08/22/03 | {10} | LDMI Telecommunications | Settlement on Adv. Proc. 02-5154 p/o dated September 5, 2002 | 1241-000 | 500.00 | | 107,159.41 |
| 08/29/03 | {10} | Studebaker Worthington Leasing Corp. | Total payment on account receivable settlement P/O dated 8/26/03 | 1241-000 | 7,250.00 | | 114,409.41 |

Subtotals: $85,593.64    $41,288.98

{} Asset reference(s)    Printed 04/26/2006 09:50 AM    V.8.02

00-58434-tjt  Doc 102  Filed 04/27/06  Entered 04/27/06 15:03:12  Page 5 of 10

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

Case Number: 00-58434 TJT
Case Name: PLASTCO INCORPORATED

Taxpayer ID #: 38-2931543
Period Ending: 03/31/06

Trustee: MICHAEL A. STEVENSON (420200)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****28-65 - Money Market Account
Blanket Bond: $2,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 24.19 | | 114,433.60 |
| 09/08/03 | {10} | Applied Plastic Products, LLC | Settlement payment on Adv. Proc. No. 02-4949 p/o dated September 5, 2002 | 1241-000 | 250.00 | | 114,683.60 |
| 09/10/03 | {10} | Toyota Motor Credit Corporation | Settlement payment on Adv. Proc. No. 02-5464 p/o dated September 5, 2002 | 1241-000 | 1,511.95 | | 116,195.55 |
| 09/12/03 | {10} | Sterling Bank & Trust | Settlement payment on Adv. Proc. No. 02-5152 p/o dated September 5, 2002 | 1241-000 | 4,500.00 | | 120,695.55 |
| 09/12/03 | {10} | Miltech Industries, Inc. | 1 of 2 Settlement payments of Adv. Proc. No. 02-4944 p/o dated July 29, 2003 | 1241-000 | 2,000.00 | | 122,695.55 |
| 09/24/03 | {10} | National Packaging Corporation | Total payment of Settlement re: Adv. Proc. No. 02-4954 per Order dated 01-09-03 | 1241-000 | 14,000.00 | | 136,695.55 |
| 09/30/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 24.79 | | 136,720.34 |
| 10/01/03 | | To Account #********2866 | Transfer of MMA to DDA | 9999-000 | | 40,000.00 | 96,720.34 |
| 10/06/03 | {10} | Wilson Leasing, LLC | Payment of Adv. Proc. No. 02-4962 settlement per Summary Judgment p/o dated 07/03/03 | 1241-000 | 2,500.00 | | 99,220.34 |
| 10/09/03 | {10} | Plastic Services of Michigan, Inc. | Total Settlement payment regarding Adv. Proc. No. 02-4945 p/o dated 9/5/02. | 1241-000 | 3,500.00 | | 102,720.34 |
| 10/28/03 | | To Account #********2866 | Transfer of MMA to DDA | 9999-000 | | 5,763.36 | 96,956.98 |
| 10/29/03 | {10} | Applied Plastic Products, LLC | Final settlement payment of Adv. Proc. 02-4949 p/o dated September 5, 2002 | 1241-000 | 270.00 | | 97,226.98 |
| 10/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 19.42 | | 97,246.40 |
| 11/24/03 | {10} | Howard & Howard Attorneys, P.C. | Payment on Adversary Proceeding No. 02-5164 (TIMCO Manufacturing) p/o dated 9/5/02 | 1241-000 | 3,000.00 | | 100,246.40 |
| 11/24/03 | | To Account #********2866 | Transfer of MMA to DDA | 9999-000 | | 10,000.00 | 90,246.40 |
| 11/28/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 15.69 | | 90,262.09 |
| 12/10/03 | {10} | HSBC Bank USA -EFD | Total Payment from Equipment Leasing & Financing Corp. (Adv. pro. #02-5162) per Complaint filed 9/3/02 | 1241-000 | 1,000.00 | | 91,262.09 |
| 12/15/03 | {10} | Law Offices of Gourwitz & Barr, P.C. | Total Payment of settlement regarding Adv. Pro. No. 02-5256 p/o dated 12/2/03. | 1241-000 | 12,000.00 | | 103,262.09 |
| 12/15/03 | {10} | Timco Manufacturing Company | Payment on Adversary Proceeding No. 02-5164 (TIMCO Manufacturing) p/o dated 9/5/02 | 1241-000 | 1,000.00 | | 104,262.09 |
| 12/18/03 | {10} | Miltech Industries, Inc. | Second and final installment payment of Miltech Industries regarding Adv. Pro. No. 02-4944 p/o dated July 29, 2003 | 1241-000 | 2,000.00 | | 106,262.09 |
| 12/31/03 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 16.62 | | 106,278.71 |
| 01/06/04 | | To Account #********2866 | Transfer of MMA to DDA | 9999-000 | | 131.20 | 106,147.51 |

Subtotals: $47,632.66  $55,894.56

{} Asset reference(s)

00-58434-tjt   Doc 102   Filed 04/27/06   Entered 04/27/06 15:03:12   Page 6 of 10

Printed: 04/26/2006 09:50 AM   V.8.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

Case Number: 00-58434 TJT  
Case Name: PLASTCO INCORPORATED

Taxpayer ID #: 38-2931543  
Period Ending: 03/31/06

Trustee: MICHAEL A. STEVENSON (420200)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****28-65 - Money Market Account  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/04 | {10} | TImco Manufacturing Company | Payment on Adversary Proceeding No. 02-5164 (TIMCO Manufacturing) p/o dated 9/5/02 | 1241-000 | 1,368.88 | | 107,516.39 |
| 01/28/04 | {10} | Delta Polymers | First Installment Payment of $3,333.33 regarding Order Approving Settlement for $40,000.00 entered by the Court on 01/06/04, installments to go for next 12 months, | 1241-000 | 3,333.33 | | 110,849.72 |
| 01/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 18.14 | | 110,867.86 |
| 02/19/04 | {10} | Delta Polymers | Installment payment for February 2004 per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 114,201.19 |
| 02/19/04 | {10} | Couzens Lansky | Total settlement payment on court ordered amount from Fraser Dupont, LLC per Order dated 2/4/04 | 1241-000 | 3,000.00 | | 117,201.19 |
| 02/26/04 | {10} | Follmer Rudzewicz Advisors, Inc. | Full Payment of Settlment per Order Dated 12/11/03 | 1241-000 | 30,000.00 | | 147,201.19 |
| 02/27/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 17.81 | | 147,219.00 |
| 03/18/04 | {10} | Delta Polymers | Installment payment for March 2004 per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 150,552.33 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 23.06 | | 150,575.39 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,593.90 |
| 05/10/04 | {10} | Village of Romeo | Settlement Payment regarding Adversary Proceeding No. 02-5466 per Order dated 4/21/04 | 1241-000 | 5,000.00 | | 155,593.90 |
| 05/10/04 | {10} | Delta Polymers | Installment payment per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 158,927.23 |
| 05/21/04 | {10} | Delta Polymers | Installment Payment for May 2004 per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 162,260.56 |
| 05/28/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 19.91 | | 162,280.47 |
| 06/18/04 | {10} | Delta Polymers | Installment payment per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 165,613.80 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 20.08 | | 165,633.88 |
| 07/12/04 | | To Account #********2866 | Transfer to DDA from MMA | 9999-000 | | 35,000.00 | 130,633.88 |
| 07/21/04 | {10} | Delta Polymers | Installment Payment per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 133,967.21 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 17.77 | | 133,984.98 |
| 07/30/04 | | To Account #********2866 | Transfer of MMA to DDA | 9999-000 | | 59,000.00 | 74,984.98 |
| 08/20/04 | {10} | Delta Polymers | Installment Payment per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 78,318.31 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 11.82 | | 78,330.13 |
| 09/22/04 | {10} | Delta Polymers | Installment Payment per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 81,663.46 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 12.97 | | 81,676.43 |
| 10/19/04 | {10} | Delta Polymers | Installment Payment per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 85,009.76 |

Subtotals : $72,862.25 $94,000.00

{} Asset reference(s)

Printed: 04/26/2006 09:50 AM V.8.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

Case Number: 00-58434 TJT  
Case Name: PLASTCO INCORPORATED  

Taxpayer ID #: 38-2931543  
Period Ending: 03/31/06  

Trustee: MICHAEL A. STEVENSON (420200)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: \*\*\*-\*\*\*\*\*28-65 - Money Market Account  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 14.73 | | 85,024.49 |
| 11/29/04 | {10} | Delta Polymers | Installment Payment per Order dated 01/06/04 | 1241-000 | 3,333.33 | | 88,357.82 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 17.42 | | 88,375.24 |
| 12/20/04 | | To Account #\*\*\*\*\*\*\*\*2866 | Transfer of MMA to DDA | 9999-000 | | 36.69 | 88,338.55 |
| 12/22/04 | {10} | Delta Polymers | Installment Payment per Order dated 01/06/04 | 1241-000 | 3,333.37 | | 91,671.92 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 18.83 | | 91,690.75 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 22.99 | | 91,713.74 |
| 02/23/05 | | To Account #\*\*\*\*\*\*\*\*2866 | Transfer of MMA to DDA | 9999-000 | | 19,594.92 | 72,118.82 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 20.74 | | 72,139.56 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 21.45 | | 72,161.01 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 20.76 | | 72,181.77 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 21.46 | | 72,203.23 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 23.05 | | 72,226.28 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 25.04 | | 72,251.32 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 27.62 | | 72,278.94 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 28.42 | | 72,307.36 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 31.41 | | 72,338.77 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 32.71 | | 72,371.48 |
| 12/27/05 | | To Account #\*\*\*\*\*\*\*\*2866 | Transfer from MMA to DDA | 9999-000 | | 95.54 | 72,275.94 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 36.19 | | 72,312.13 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 40.72 | | 72,352.85 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 38.86 | | 72,391.71 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 43.05 | | 72,434.76 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 324,171.14 | 251,736.38 | $72,434.76 |
| Less: Bank Transfers | 0.00 | 251,736.38 | |
| Subtotal | 324,171.14 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $324,171.14 | $0.00 | |

{} Asset reference(s)  00-58434-tjt    Doc 102    Filed 04/27/06    Entered 04/27/06 15:03:12    Page 8 of 10   Printed 04/26/2006 09:50 AM    V.8.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

Case Number: 00-58434 TJT
Case Name: PLASTCO INCORPORATED

Taxpayer ID #: 38-2931543
Period Ending: 03/31/06

Trustee: MICHAEL A. STEVENSON (420200)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****28-66 - Checking Account
Blanket Bond: $2,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/02 | | From Account #*******2865 | Transfer from MMA to DDA | 9999-000 | 46.00 | | 46.00 |
| 04/02/02 | 101 | Internal Revenue Service | Request for tax information for 1998 and 1999 taxes Form 4506; FEIN #38-2921543 | 2690-000 | | 46.00 | 0.00 |
| 09/16/02 | | From Account #*******2865 | Transfer from MMA to DDA | 9999-000 | 46.00 | | 46.00 |
| 09/16/02 | 102 | Internal Revenue Service | Request for tax information for 1998 and 1999 taxes Form 4506; FEIN #38-2931543 | 2690-000 | | 46.00 | 0.00 |
| 12/03/02 | | From Account #*******2865 | Transfer from MMA to DDA | 9999-000 | 537.98 | | 537.98 |
| 12/03/02 | 103 | On the Record Reporting & Video | Deposition transcript | 2990-000 | | 537.98 | 0.00 |
| 12/05/02 | | From Account #*******2865 | Transfer from MMA to DDA | 9999-000 | 46.00 | | 46.00 |
| 12/05/02 | 104 | Internal Revenue Service | Request for tax information for 1998 and 1999 taxes Form 4506; FEIN #38-2931543 | 2690-000 | | 46.00 | 0.00 |
| 01/06/03 | | From Account #*******2865 | TRANSFER FROM MMA TO CHECKING | 9999-000 | 103.71 | | 103.71 |
| 01/07/03 | 105 | Myers Reese Insurance Agency, Inc. | Payment on Blanket Bond Premium | 2300-000 | | 103.71 | 0.00 |
| 02/26/03 | | From Account #*******2865 | TRANSFER FROM MMA TO CHECKING | 9999-000 | 46.00 | | 46.00 |
| 02/26/03 | 106 | Internal Revenue Service | Request for tax information for 1998 and 1999 taxes Form 4506; FEIN #38-2931543 | 2690-000 | | 46.00 | 0.00 |
| 03/12/03 | | From Account #*******2865 | TRANSFER FROM MMA TO CHECKING | 9999-000 | 40,000.00 | | 40,000.00 |
| 03/12/03 | 107 | Howard & Howard Attorneys, P.C. | Payment of expenses to attorney for trustee per order dated 2/4/03 | 3220-000 | | 1,781.06 | 38,218.94 |
| 03/12/03 | 108 | Howard & Howard Attorneys, P.C. | Payment of fees to attorney of trustee per order dated 2/4/03 | 3210-000 | | 38,218.94 | 0.00 |
| 07/01/03 | | From Account #*******2865 | TRANSFER FROM MMA TO CHECKING | 9999-000 | 20,000.00 | | 20,000.00 |
| 07/01/03 | 109 | John Bohl & Associates, P.C. | Payment of fees for accountant for Trustee per order dated 6/3/03 | 3410-000 | | 20,000.00 | 0.00 |
| 08/13/03 | | From Account #*******2865 | TRANSFER FROM MMA TO CHECKING | 9999-000 | 15,000.00 | | 15,000.00 |
| 08/13/03 | 110 | John Bohl & Associates, P.C. | Payment of fees to accountant for Trustee per order dated 6/3/03 | 3410-000 | | 15,000.00 | 0.00 |
| 08/21/03 | | From Account #*******2865 | Transfer from MMA to DDA | 9999-000 | 6,288.98 | | 6,288.98 |
| 08/21/03 | 111 | Michael A. Stevenson | Payment of Trustee's interim fees p/o dated 8/20/03 | 2100-000 | | 6,288.98 | 0.00 |
| 10/01/03 | | From Account #*******2865 | Transfer of MMA to DDA | 9999-000 | 40,000.00 | | 40,000.00 |
| 10/01/03 | 112 | Howard & Howard Attorneys, P.C. | Payment of fees to attorney of trustee per order dated 2/4/03 | 3210-000 | | 40,000.00 | 0.00 |
| 10/28/03 | | From Account #*******2865 | Transfer of MMA to DDA | 9999-000 | 5,763.36 | | 5,763.36 |
| 10/28/03 | 113 | Stevenson & Bullock, P.L.C. | Payment of Attorney for the Trustee Fees p/o dated 10/27/03 | 3110-000 | | 5,297.50 | 465.86 |
| 10/28/03 | 114 | Stevenson & Bullock, P.L.C. | Payment of Attorney for the Trustee expenses p/o dated 10/27/03. | 3120-000 | | 465.86 | 0.00 |

Subtotals: $127,878.03   $127,878.03

{} Asset reference(s)

00-58434-tjt    Doc 102    Filed 04/27/06    Entered 04/27/06 15:03:12    Page 9 of 10

Printed 04/26/2006 09:50 AM    V.8.02

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 00-58434 TJT  
Case Name: PLASTCO INCORPORATED

Taxpayer ID #: 38-2931543  
Period Ending: 03/31/06

Trustee: MICHAEL A. STEVENSON (420200)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: \*\*\*-\*\*\*\*\*28-66 - Checking Account  
Blanket Bond: $2,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/03 | | From Account #\*\*\*\*\*\*\*\*2865 | Transfer of MMA to DDA | 9999-000 | 10,000.00 | | 10,000.00 |
| 11/24/03 | 115 | John Bohl & Associates, P.C. | Partial payment of Account for the Trustee fees per Order dated 6/3/03 | 3410-000 | | 10,000.00 | 0.00 |
| 01/06/04 | | From Account #\*\*\*\*\*\*\*\*2865 | Transfer of MMA to DDA | 9999-000 | 131.20 | | 131.20 |
| 01/06/04 | 116 | Myers Reese Insurance Agency, Inc. | Payment of Blanket Bond Premium for 11/01/03 to 11/01/04 | 2300-000 | | 131.20 | 0.00 |
| 07/12/04 | | From Account #\*\*\*\*\*\*\*\*2865 | Transfer to DDA from MMA | 9999-000 | 35,000.00 | | 35,000.00 |
| 07/12/04 | 117 | Howard & Howard Attorneys, P.C. | Payment of fees to attorney of trustee per order dated 2/4/03 | 3210-000 | | 35,000.00 | 0.00 |
| 07/30/04 | | From Account #\*\*\*\*\*\*\*\*2865 | Transfer of MMA to DDA | 9999-000 | 59,000.00 | | 59,000.00 |
| 07/30/04 | 118 | Howard & Howard Attorneys, P.C. | Payment of Attorney for the Trustee Fees and Expenses per Order dated 7/28/04. | 3210-000 | | 59,000.00 | 0.00 |
| 12/20/04 | | From Account #\*\*\*\*\*\*\*\*2865 | Transfer of MMA to DDA | 9999-000 | 36.69 | | 36.69 |
| 12/20/04 | 119 | Myers Reese Insurance Agency, Inc. | Payment of Blanket Bond Premium for 11/01/04-10/31/05 | 2300-000 | | 36.69 | 0.00 |
| 02/23/05 | | From Account #\*\*\*\*\*\*\*\*2865 | Transfer of MMA to DDA | 9999-000 | 19,594.92 | | 19,594.92 |
| 02/23/05 | 120 | John Bohl & Associates, P.C. | Payment of reduced final fees for accountant for the Trustee fees | 3410-000 | | 19,594.92 | 0.00 |
| 12/27/05 | | From Account #\*\*\*\*\*\*\*\*2865 | Transfer from MMA to DDA | 9999-000 | 95.54 | | 95.54 |
| 12/27/05 | 121 | Myers Reese Smith & Chester | Pro-rata percentage figure of the net cost of the Blanket Bond Premuim for 11/1/05-10/31/06 | 2300-000 | | 95.54 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 251,736.38 | 251,736.38 | $0.00 |
| Less: Bank Transfers | 251,736.38 | 0.00 | |
| Subtotal | 0.00 | 251,736.38 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $251,736.38 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*28-65 | 324,171.14 | 0.00 | 72,434.76 |
| Checking # \*\*\*-\*\*\*\*\*28-66 | 0.00 | 251,736.38 | 0.00 |
| | $324,171.14 | $251,736.38 | $72,434.76 |